**Order entered October 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01041-CV

**PINGHUA LEI, JIE ZHU, AND CHIUNG YING "JOANN" CHEN, Appellants**

**V.**

**NATURAL POLYMER INTERNATIONAL CORPORATION AND NPIC SHANGHAI CO., LTD., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01725-2018**

## ORDER

The reporter's record in this accelerated appeal is overdue. As appellants have represented to the Court they have requested preparation of the record and have made payment arrangements, we **ORDER** Sheri J. Vecera, Official Court Reporter of the 199th Judicial District Court, to file the record no later than October 22, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Vecera and the parties.

/s/     DAVID EVANS
        JUSTICE